AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

RHODE ISLAND

National Grange Mutual
Insurance Company

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: C.A. 05-078 L

Stephen Capozzoli, Sherri A. Capozzoli,
David M. Capozzoli and Beverly M. Capozzoli

TO: (Name and address of defendant)

Stephen Capozzoli
43 Clarke Road
Coventry, RI 02816-7919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2.22.05

(BY) DEPUTY CLERK

(2)

AO 440 (Rev. 10/93) Summons in a Civil Ac

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
| NAME OF SERVER *(PRINT)* Thomas J. Sherman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Sherri Capozzoli Accepted for Stephen Capozzoli

☐ Returned unexecuted: ____________________

☐ Other *(specify)*: ____________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] #6102
*Signature of Server*

111 Winnecoin Circle Warwick
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 FEB 25 A 1
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

RHODE ISLAND

National Grange Mutual
Insurance Company

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Stephen Capozzoli, Sherri A. Capozzoli,
David M. Capozzoli and Beverly M. Capozzoli

CA 05 078 L

TO: (Name and address of defendant)

Sherri A. Capozzoli
43 Clarke Road
Coventry, RI 02816-7919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2·22·05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
| NAME OF SERVER *(PRINT)* Thomas J Sherman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Sherri Capozzoli, 43 Clarke Rd Coventry RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] # 6102
*Signature of Server*

111 Wunnegin Circle Warwick
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 FEB 25 A 1
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

National Grange Mutual
Insurance Company

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Stephen Capozzoli, Sherri A. Capozzoli,
David M. Capozzoli and Beverly M. Capozzoli

CA 05 078L

TO: (Name and address of defendant)

David M. Capozzoli
360 Burnt Hill Road
Scituate, RI 02831

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2·22·05

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
|---|---|
| NAME OF SERVER *(PRINT)* Thomas J. Sherman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Beverly Capozzoli Accepted for David Capozzoli

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] 2602
*Signature of Server*

111 Wunnegin Circle Warwick
*Address of Server*

FILED
2005 FEB 25 A 1
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF
RHODE ISLAND

National Grange Mutual
Insurance Company

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

Stephen Capozzoli, Sherri A. Capozzoli,
David M. Capozzoli and Beverly M. Capozzoli

CA 05 078L

TO: (Name and Address of Defendant)

Beverly M. Capozzoli
360 Burnt Hill Road
Scituate, Rhode Island 02831

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 2-22-05

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

FILED
05 FEB 25 A 11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
|---|---|
| NAME OF SERVER (PRINT) Thomas J. Sherman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Beverly Cappozzoli 300 Durant Hill Rd Scituate RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] #6132
*Signature of Server*

111 Wunnegowin Circle Warwick
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.