UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |
| vs. | : | C.A. No. 05-078L |
| STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT AGAINST DEFENDANT, STEPHEN CAPOZZOLI**

The plaintiff, National Grange Mutual Insurance Company, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby makes Application to the Clerk of the United States District Court for the District of Rhode Island for the Entry of Default for the plaintiff and against defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, for failure to plead or otherwise defend in this action.

Said failure of defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, to plead or otherwise defend is set forth in the Affidavit and Memorandum filed contemporaneously with this Application.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL, KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

Dated: 4/5/05

3

SCANNED

FILED
2005 APR -5 P 3:13
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL GRANGE MUTUAL INSURANCE COMPANY

vs. C.A. No. 05-078L

STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI

**AFFIDAVIT IN SUPPORT OF APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The undersigned, being duly sworn, upon oath deposes and says as follows:

1. That she is the attorney of record for the plaintiff, National Grange Mutual Insurance Company, and has personal knowledge set forth in this Affidavit;

2. That the plaintiff, herein, on the 22nd day of February, 2005 filed in this action a Complaint against the defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli;

3. That examination of the court files and records in this action shows that the defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, were each duly served with a copy of the Complaint together with a copy of the Summons on February 23, 2005;

4. That more than 20 days have elapsed since service of the Complaint and Summons;

5. That the defendants have failed to plead or otherwise defend the Complaint;

6. That this Affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an Entry of Default against the

defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, for their failure to plead or otherwise defend as to the Complaint.

PATRICIA A. BUCKLEY, ESQ. #2987

Subscribed and sworn to before me this 5th day of April, 2005.

NOTARY PUBLIC
My Commission Expires:

FILED
2005 APR -5 P 3:13
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL GRANGE MUTUAL INSURANCE COMPANY :
:
:
vs. : C.A. No. 05-078L
:
STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI :

**MEMORANDUM IN SUPPORT OF APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

The plaintiff in this action, National Grange Mutual Insurance Company, commenced this action by the filing of a Complaint with the court on February 22, 2005. At that time, Summonses were issued to the four defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli. All four of the defendants were served on February 23, 2005 and attached hereto as Exhibit A are copies of the served Summonses which have been filed with the court. More than 20 days have now passed since the Summonses and a copy of the Complaint were served upon each of the four defendants. None of the defendants have filed an Entry of Appearance or Answer in the case and none have, otherwise, sought to defend the action.

For these reasons, plaintiff, National Grange Mutual Insurance Company, respectfully requests pursuant to Rule 55(a) that the clerk enter default against all four defendants and in favor of the plaintiff, National Grange Mutual Insurance Company.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL, KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

Dated: 4/5/05

FILED
2005 APR -5 P 3:13
DISTRICT COURT
OF RHODE ISLAND

# United States District Court

DISTRICT OF

RHODE ISLAND

National Grange Mutual
Insurance Company

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Stephen Capozzoli, Sherri A. Capozzoli,
David M. Capozzoli and Beverly M. Capozzoli

CA 05 078 L

TO: (Name and address of defendant)

Sherri A. Capozzoli
43 Clarke Road
Coventry, RI 02816-7919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2·22·05

(BY) DEPUTY CLERK

EXHIBIT

A

AO 440 (Rev. 10/93) Summons in a Civil Ac...

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
|---|---|
| NAME OF SERVER *(PRINT)* Thomas J Sherman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Sherri Capozzoli 43 Clarke Rd Coventry RI

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] #6102
*Signature of Server*

111 Wunnegin Circle
Warwick
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF

RHODE ISLAND

National Grange Mutual Insurance Company

## SUMMONS IN A CIVIL CASE

V.

Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli

CASE NUMBER: CA 05 078 L

TO: (Name and address of defendant)

Stephen Capozzoli
43 Clarke Road
Coventry, RI 02816-7919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2·22·05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Ac...

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
| NAME OF SERVER (PRINT) Thomas T. Sheehan | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Sherri Capozzoli
Accepted for Stephen Capozzoli

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] #6102
*Signature of Server*

111 Wunnegin Circle
Warwick
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF

RHODE ISLAND

National Grange Mutual
Insurance Company

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Stephen Capozzoli, Sherri A. Capozzoli,
David M. Capozzoli and Beverly M. Capozzoli

CA 05 078L

TO: (Name and address of defendant)

David M. Capozzoli
360 Burnt Hill Road
Scituate, RI 02831

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2·22·05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Ac

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
| NAME OF SERVER (PRINT) Thomas J. Sherman | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Beverly Capozzoli ACCEPTED FOR DAVID CAPOZZOLI

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] 02602
*Signature of Server*

111 Winnemoin Circle Warwick
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF
RHODE ISLAND

National Grange Mutual
Insurance Company

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

Stephen Capozzoli, Sherri A. Capozzoli,
David M. Capozzoli and Beverly M. Capozzoli

CA 05 078 L

TO: (Name and Address of Defendant)

Beverly M. Capozzoli
360 Burnt Hill Road
Scituate, Rhode Island 02831

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patricia A. Buckley, Esquire
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 2·22·05

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-23-05 |
| NAME OF SERVER (PRINT) Thomas J. Sherman | TITLE Constable |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Beverly Cappozzoli 300 Durant Hill Rd Scituate RI

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

[ ] Returned unexecuted: ________

[ ] Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-23-05
*Date*

[signature] #6102
*Signature of Server*

111 Wunnegowin Circle Warwick
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.