UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |
| vs. | : | C.A. No. 05-078L |
| STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI | : | |

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT AGAINST ALL DEFENDANTS**

The plaintiff, National Grange Mutual Insurance Company, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby makes Application to the Clerk of the United States District Court for the District of Rhode Island for the Entry of Default for the plaintiff and against defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, for failure to plead or otherwise defend in this action.

Said failure of defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, to plead or otherwise defend is set forth in the Affidavit and Memorandum previously filed in this action.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL, KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

Dated: 4/8/05

4