UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY

vs. : C.A. No. 05-078L

STEPHEN CAPOZZOLI, SHERRI A.
CAPOZZOLI, DAVID M. CAPOZZOLI and
BEVERLY M. CAPOZZOLI

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT AGAINST ALL DEFENDANTS**

The plaintiff, National Grange Mutual Insurance Company, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby makes Application to the Clerk of the United States District Court for the District of Rhode Island for the Entry of Default for the plaintiff and against defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, for failure to plead or otherwise defend in this action.

Said failure of defendants, Stephen Capozzoli, Sherri A. Capozzoli, David M. Capozzoli and Beverly M. Capozzoli, to plead or otherwise defend is set forth in the Affidavit and Memorandum previously filed in this action.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL, KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

Dated: 4/8/05

5

DEFAULT HEREBY ENTERED

DEPUTY CLERK
4/8/05