UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |
| vs. | : | C.A. No. 05-078L |
| STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI | : | |

**SUGGESTION OF BANKRUPTCY ON THE RECORD AS TO DEFENDANTS STEPHEN AND SHERRI CAPOZZOLI**

Plaintiff, National Grange Mutual Insurance Company, hereby provides notice that on April 5, 2005, defendants Stephen and Sherri Capozzoli filed for Chapter 7 Bankruptcy protection with the United States Bankruptcy Court for the District of Rhode Island. Attached hereto as Exhibit A is a copy of the notice received by the plaintiff.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL, KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fx)

Dated: 6/16/05