**National Grange Mutual**
**Insurance Company**
A Main Street America company

Bond Number: S240129 -4

## SUBCONTRACT PERFORMANCE BOND FORM A

KNOW ALL MEN BY THESE PRESENTS: That STATE ELECTRIC, INC. as Principal, hereinafter called Principal, and the NATIONAL GRANGE MUTUAL INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Hampshire, with its principal office in the City of Keene, New Hampshire, as Surety, hereinafter called Surety, are held and firmly bound unto E. TURGEON CONSTRUCTION CORPORATION as Obligee, hereinafter called Obligee, in the amount of TWO MILLION THIRTY FOUR THOUSAND ONE HUNDRED TWO AND 00/100 Dollars ($ 2,034,102.00), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated 9/09/2003 entered into a subcontract with Obligee for Furnish and Install Electrical Work for the Providence College Center for the Arts Project. in accordance with drawings and specifications prepared by , which subcontract is by reference made a part hereof, and is hereinafter referred to as the subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if principal shall promptly and faithfully perform said subcontract, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

Whenever Principal shall be, and be declared by Obligee to be in default under the subcontract, the Obligee having performed Obligees obligations thereunder:

(1) Surety may promptly remedy the default subject to the provisions of paragraph 3 herein, or;

(2) Obligee after reasonable notice to Surety may, or Surety upon demand of Obligee may arrange for the performance of Principals obligation under the subcontract subject to the provisions of paragraph 3 herein;

(3) The balance of the subcontract price, as defined below, shall be credited against the reasonable cost of completing performance of the subcontract. If completed by Obligee, and that reasonable cost exceeds the balance of the subcontract price, Surety shall pay the Obligee such excess, but in no event shall the aggregate liability of the Surety exceed the amount of this bond. If Surety arranges completion or remedies the default, that portion of the balance of the subcontract price as may be required to complete the Subcontract or remedy the default and to reimburse Surety for its outlays shall be paid to Surety at the times and in the manner as said sums would have been payable to Principal had there been no default under the subcontract. The term balance of the subcontract price, as used in this paragraph, shall mean the total amount payable by Obligee to Principal under the subcontract and any amendments thereto, less the amounts heretofore properly paid by Obligee under the subcontract.

Any suit under this bond must be instituted before the expiration of two years from date on which final payment under the subcontract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other than Obligee or the heirs, executors, administrators or successors of Obligee.

Signed, sealed this 4th day of November, 2003.

STATE ELECTRIC, INC.

Attest ______________________ BY: ______________________ (Seal)

NATIONAL GRANGE MUTUAL INSURANCE COMPANY

Attest ______________________ BY: ______________________ (Seal)

Shelly AndradeAttorney-in-Fact

68-6172

ALL-STATE LEGAL®
EXHIBIT
A