**National Grange Mutual Insurance Company**
A Main Street America company

Bond Number: S240129

# SUBCONTRACT LABOR AND MATERIAL PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS: That STATE ELECTRIC, INC. as Principal, hereinafter called Principal, and the NATIONAL GRANGE MUTUAL INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New Hampshire, with its principal office in the City of Keene, New Hampshire, as Surety, hereinafter called Surety, are held and firmly bound unto E. TURGEON CONSTRUCTION CORPORATION as Obligee, hereinafter called Obligee, in the amount of TWO MILLION THIRTY FOUR THOUSAND ONE HUNDRED TWO AND 00/100 Dollars ($ 2,034,102.00), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated 9/09/2003 entered into a subcontract with Obligee for Furnish and Install Electrical Work for the Providence College Center for the Arts Project., in accordance with drawings and specifications prepared by , which subcontract is by reference made a part hereof, and is hereinafter referred to as the subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that if the Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance of the subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

(1) ) A claimant is defined as one having a direct contract with the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the subcontract.

(2) ) The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimants work or labor was done or performed or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The Obligee shall not be liable for the payment of any costs or expenses of any such suit.

(3) ) No suit or action shall be commenced hereunder by any claimant,

(a) ) After the expiration of two (2) yrs. Following the date on which Principal ceased work on said subcontract, it being expressly understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof, such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

(b) ) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.

(4) ) The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this 4th day of November, A.D., 2003.

STATE ELECTRIC, INC.

Attest ______________________ BY: ______________________ (Seal)

NATIONAL GRANGE MUTUAL INSURANCE COMPANY

Attest ______________________ BY: ______________________ (Seal)

Shelly AndradeAttorney-in-Fact

68-6173

ALL-STATE LEGAL® EXHIBIT B