Bond No.S228887

# WAGE AND FRINGE BENEFIT BOND

KNOW ALL MEN BY THESE PRESENTS, that we, State Electric, Inc. of Warwick, RI , as Principal, and NATIONAL GRANGE MUTUAL INSURANCE COMPANY, of Keene, NH, a corporation of the State of New Hampshire, duly authorized to transact business in the State of Rhode Island, as Surety, are held and firmly bound unto IBEW Local No. 99, Ninety-nine Way, Cranston, RI 02921, hereinafter called the Obligee, in the penal sum of Sixty-seven Thousand and 00/100 ($67,000.00) lawful money of the United States of America, for the payment of which sum, well and truly to be made, we severally and jointly, bind ourselves, our heirs, executors, administrators, successors and assigns, firmly by these presents.

Signed, Sealed and Dated this 17th day of August, 2001.

WHEREAS, the above referenced Obligee has required Principal to furnish a bond of indemnity guaranteeing payment Apprenticeship Training Fund, National Electrical Benefit Fund Local Union No. 99's Annuity Fund, Working Assessment Fund and Political Action Committee which Principal is obligated by such agreement or agreements to pay for the period during which this bond remains in force, then this obligation shall be null and void, otherwise to remain in full force and effect.

NOW, THEREFORE, if the said Principal shall pay such payments in accordance with the terms of said Agreement then this obligation to be void; otherwise, to remain in full force and effect.

PROVIDED, HOWEVER, in the event of default on the part of the Principal, the Obligee shall notify the Surety within Thirty (30) days after the Obligee shall have had knowledge of such default, and PROVIDED further that no suit, action or proceeding shall be maintained against the Surety hereunder, unless the same be instituted within one (1) year after the date of expiration or cancellation of this Bond. If limitation of time for notice of loss or institution of suit, action or legal proceeding is shorter than that permitted to be fixed by agreement under any statute controlling the construction of this Bond, the shortest permissible statutory limitation of time shall govern and shall supersede the time limitation herein stated and;

FURTHER PROVIDED, HOWEVER, the aggregate liability of the Surety for all or any defaults of the Principal hereunder shall in no way exceed the penalty of this Bond.

AND FURTHER PROVIDED, HOWEVER, this Bond may be cancelled by the Surety at any time by giving thirty (30) days written notice to the Obligee, in which event the Surety's liability shall at the expiration of said thirty (30) days terminate, except as to such liability of the Principal as may have accrued prior to the expiration of said thirty (30) days.

State Electric, Inc.
(Principal)

____________________ By: ____________________

National Grange Mutual Insurance Company
(Surety)

____________________ By: ____________________

Lisa A. Souza, Attorney-in-fact

✓ approved Scott Price 8/16/01
$838.

EXHIBIT
C

ALL-STATE LEGAL®

**NATIONAL GRANGE MUTUAL INSURANCE COMPANY**

RECEIVED SEP 24 2003

**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the National Grange Mutual Insurance Company, a New Hampshire corporation having its principal office in the City of Keene, State of New Hampshire, pursuant to Article V, Section 2 of the By-Laws of said Company, to wit:

"Section 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them." Pursuant to said by-law does hereby make, constitute and appoint **W F Hertel James L Masters Joseph A Servant Shelly Andrade**
its true and lawful Attorneys-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed, bonds, undertakings recognizances, contracts of indemnity, or other writings obligatory in the nature of a bond subject to the following limitation:

1. **No one bond to exceed Five Million Dollars ($5,000,000.00).**

and to bind the National Grange Mutual Insurance Company thereby as fully and to the same extent as if such instruments were signed by the duly authorized officers of the National Grange Mutual Insurance Company, and all the acts of said Attorney are hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Directors of The National Grange Mutual Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such office and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

By execution of this Power of Attorney, National Grange Mutual Insurance Company does hereby revoke, rescind and declare null and void any previous Power of Attorney at any time previously furnished to the aforesaid individuals or agencies.

IN WITNESS WHEREOF, The National Grange Mutual Insurance Company has caused these presents to be signed by its Corporate Secretary and its corporate seal to be hereto affixed this 6th day of March, 2003. **THIS APPOINTMENT SHALL CEASE AND TERMINATE AUTOMATICALLY AS OF DECEMBER 31ST, 2006**, unless sooner revoked as provided.

NATIONAL GRANGE MUTUAL INSURANCE COMPANY BY William C McKenna

[Seal: National Grange Mutual Insurance Company, Incorporated 1923, Keene, N.H.]

**THIS POWER IS INVALID IF RED DIAGONAL IMPRINT " NATIONAL GRANGE MUTUAL INSURANCE COMPANY, KEENE, NEW HAMPSHIRE " IS NOT SHOWN IN ITS ENTIRETY.**

State of New Hampshire, County of Cheshire

On this 6th day of March, 2003, before the subscriber a Notary Public of the State of New Hampshire in and for the County of Cheshire duly commissioned and qualified, came William C. McKenna of the National Grange Mutual Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me fully sworn, deposed and said that he is an officer of said Company, aforesaid: that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company; that Article V, Section 2 of the By-Laws of said Company is now in force.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed by official seal at Keene, New Hampshire this 6th day of March, 2003.

Susan M. Fertini

**Notary Public**
**My Commission Expires: May 13, 2003**

[Seal: Susan M. Fertini, Notary Public, New Hampshire]

I Lyn E. Landry, Assistant Vice President of the National Grange Mutual Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in force and effect.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Company at Keene, New Hampshire this 23rd day of September, 2003

Lyn E. Landry
**Assistant Vice President**

68-N882.003 bu/tonc

**WARNING** — Any unauthorized reproduction or alteration of this document is prohibited. This power is void unless seals are readable and the certification seal at the bottom is embossed. The diagonal imprint, warning and confirmation must be in red ink.

**CONFIRMATION** Of validity of attached bond, call NGM at: Keene 603-358-1339; Richmond 804-270-6811 ext. 138; Syracuse 315-434-1410.

National Grange Mutual Insurance Company Keene New Hampshire

NATIONAL
GRANGE
MUTUAL
INSURANCE
COMPANY

RECEIVED
SEP 2 4 2003

# RIDER

National Grange Mutual Insurance Company, as Surety hereby amends Bond Numbered S228887 naming State Electric, Inc., as Principal and IBEW Local 99, as Obligee for a Wage and Fringe Benefit Bond in the following manner:

Bond Amount has increased to $200,000 effective 8/17/03.

All other terms and conditions shall remain the same.

Signed, Sealed and Dated this 23rd day of September, 2003

National Grange Mutual Insurance Company

Shelly Andrade,
Attorney-in-Fact