EB03 CLAIMS STATUS CLAIM SUMMARY NO. 050
EB02 01 $ 228887 DATA= DATE 09/08/0
OCCUR: 000001 CLMT: 1 001 LOC: 005 LN COV: 71 000 NAME: (STATE ELECTRIC INC

| | CLAIM | | SALVAGE | | SUBROGATION | | RECOVERY | | SUITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ACTION | ENTRY | ACTION | ENTRY | ACTION | ENTRY | ACTION | ENTRY | ACTION | ENTRY |
| OPEN | 112103 | 1103 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 |
| CLOSE | 092704 | 0904 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 |

| | CLAIM-TO-DATE | YEAR-TO-DATE | QTR-TO-DATE | MONTH-TO-DATE |
|---|---|---|---|---|
| ORIGINAL RESERVE: | 3.00 | .00 | .00 | .00 |
| INCREASE RESERVE: | 199,997.00 | .00 | .00 | .00 |
| DECREASE RESERVE: | .00 | .00 | .00 | .00 |
| ANTICIPATED RECV: | .00 | .00 | .00 | .00 |
| LOSSES PAID: | 200,000.00 | .00 | .00 | .00 |
| EXPENSES PAID: | 4,467.41 | 2,073.41 | .00 | .00 |
| RECV RECEIVED: | .00 | .00 | .00 | .00 |
| RECOVERY EXPENSE: | .00 | .00 | .00 | .00 |
| SALVAGE RECEIVED: | .00 | .00 | .00 | .00 |
| SUBROGATION RECV: | .00 | .00 | .00 | .00 |
| ADJUSTER EXPENSE: | .00 | .00 | .00 | .00 |
| LOSSES INCURRED: | 200,000.00 | .00 | .00 | .00 |
| OUTSTAND RESERVE: | .00 | .00 | .00 | .00 |
| OUTSTANDING RECV: | .00 | .00 | .00 | .00 |
| OUTSTAND JAN 1: | .00 | | | |

ALL-STATE LEGAL® EXHIBIT E

1

EB01 CLAIMS STATUS TRANS. SUMMARY NO. 052
EB04 01 S 228887 DATA= DATE 09/08/0

CLMT# 1 001 NAME: (STATE ELECTRIC INC) LN+COV 71 000 SRT RA

| BAT | ACCEPT DATE | TRN CDE | --AMOUNT-- | CHECK NUMBER- | TYP | P TPSC | PAYTO 1 | 2 | CK ST DATE-- | I | TRN CDS DESCRIPTION | EPI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91B | 112103 | 311 | 3.00 | | 000 | 0 | | | | | OPEN LS RESV | |
| 91B | 080504 | 411 | 199997.00 | | 000 | 0 | | | | | MOD LOSS RESV | |
| 91B | 090204 | 417 | 1381.50 | 8479696 | 300 | 200 | | | 091004 | C | LEGAL EXP | |
| 91B | 092704 | 713 | 200000.00 | 8504700 | 000 | 100 | | | 120104 | C | FIN LOSS PAYMT | |
| 91B | 122304 | 817 | 1012.50 | 8615167 | 300 | 200 | | | 010705 | C | PC LEG EXP | |
| 91B | 020705 | 818 | 2073.41 | 8663804 | 700 | 600 | | | 021605 | C | PC OTH EXP | |

END OF TRANSACTIONS, THIS CLAIM

EM01 01,S 228887,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8479696 | 1,381.50 | C | 091004 | CARROLL KELLY & MURPHY |
| IRS #: 050365833 | IND: I | | | ONE TURKS HEAD PLACE |
| INV #: | EXP: O | | P/R: N | PROVIDENCE RI 02903 |
| 8504700 | 200,000.00 | C | 120104 | IBEW LOCAL UNION #99<br>C/O CARROLL KELLY & MURPHY |
| IRS #: | IND: | | | ONE TURKS HEAD PLACE<br>SUITE 400 |
| INV #: | EXP: | | P/R: N | PROVIDENCE RI 02903 |
| 8615167 | 1,012.50 | C | 010705 | CARROLL, KELLY & MURPHY |
| IRS #: 050365833 | IND: I | | | ONE TURKS HEAD PLACE<br>SUITE 400 |
| INV #: | EXP: O | | P/R: N | PROVIDENCE RI 02903 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 228887,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8663804 | 2,073.41 | C | 021605 | MERIDIAN CONSULTING GROUP |

IRS #: 593770509 IND: I 4811 EMERSON AVE
SUITE 212
INV #: EXP: O P/R: N PALATINE IL 60067

IRS #: IND:

INV #: EXP: P/R:

IRS #: IND:

INV #: EXP: P/R:

END OF CHECKS