```
  EB03                              CLAIMS STATUS        CLAIM SUMMARY          NO. 050
  EB02 01 S 240129                  DATA=                                  DATE 09/08/0
OCCUR: 000001 CLMT: 1 001 LOC: 007     LN COV: 71 000 NAME: (STATE ELECTRIC INC
             CLAIM         SALVAGE        SUBROGATION      RECOVERY         SUITS
         ACTION ENTRY  ACTION ENTRY  ACTION ENTRY  ACTION ENTRY  ACTION ENTRY
    OPEN 102904 1004   000000 0000   000000 0000   000000 0000   000000 0000
   CLOSE 051905 0505   000000 0000   000000 0000   000000 0000   000000 0000
```

| | CLAIM-TO-DATE | YEAR-TO-DATE | QTR-TO-DATE | MONTH-TO-DATE |
|---|---|---|---|---|
| ORIGINAL RESERVE: | 3.00 | .00 | .00 | .00 |
| INCREASE RESERVE: | 1,050,000.00 | 1,050,000.00 | .00 | .00 |
| DECREASE RESERVE: | .00 | .00 | .00 | .00 |
| ANTICIPATED RECV: | .00 | .00 | .00 | .00 |
| LOSSES PAID: | 597,682.12 | 597,682.12 | .00 | .00 |
| EXPENSES PAID: | 21,284.65 | 21,284.65 | .00 | .00 |
| RECV RECEIVED: | .00 | .00 | .00 | .00 |
| RECOVERY EXPENSE: | .00 | .00 | .00 | .00 |
| SALVAGE RECEIVED: | .00 | .00 | .00 | .00 |
| SUBROGATION RECV: | .00 | .00 | .00 | .00 |
| ADJUSTER EXPENSE: | .00 | .00 | .00 | .00 |
| LOSSES INCURRED: | 597,682.12 | 597,679.12 | .00 | .00 |
| OUTSTAND RESERVE: | .00 | 3.00- | .00 | .00 |
| OUTSTANDING RECV: | .00 | .00 | .00 | .00 |
| OUTSTAND JAN 1: | 3.00 | | | |

ALL-STATE LEGAL® EXHIBIT F

1

EB03 CLAIMS STATUS CLAIM SUMMARY NO. 050
EB02 01 S 240129 DATA= DATE 09/29/0
OCCUR: 000001 CLMT: 1 001 LOC: 007 LN COV: 71 000 NAME: (STATE ELECTRIC INC

| | CLAIM | | SALVAGE | | SUBROGATION | | RECOVERY | | SUITS | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ACTION | ENTRY | ACTION | ENTRY | ACTION | ENTRY | ACTION | ENTRY | ACTION | ENTRY |
| REOPEN | 052405 | 0505 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 |
| RECLOSE | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 | 000000 | 0000 |

| | CLAIM-TO-DATE | YEAR-TO-DATE | QTR-TO-DATE | MONTH-TO-DATE |
|---|---|---|---|---|
| ORIGINAL RESERVE: | 452,317.88 | 452,317.88 | .00 | .00 |
| INCREASE RESERVE: | .00 | .00 | .00 | .00 |
| DECREASE RESERVE: | .00 | .00 | .00 | .00 |
| ANTICIPATED RECV: | .00 | .00 | .00 | .00 |
| LOSSES PAID: | 61,770.47 | 61,770.47 | 46,002.00 | .00 |
| EXPENSES PAID: | 11,503.30 | 11,503.30 | 6,044.74 | 1,562.25 |
| RECV RECEIVED: | .00 | .00 | .00 | .00 |
| RECOVERY EXPENSE: | .00 | .00 | .00 | .00 |
| SALVAGE RECEIVED: | .00 | .00 | .00 | .00 |
| SUBROGATION RECV: | .00 | .00 | .00 | .00 |
| ADJUSTER EXPENSE: | .00 | .00 | .00 | .00 |
| LOSSES INCURRED: | 452,317.88 | 452,317.88 | .00 | .00 |
| OUTSTAND RESERVE: | 390,547.41 | 390,547.41 | 46,002.00- | .00 |
| OUTSTANDING RECV: | .00 | .00 | .00 | .00 |
| OUTSTAND JAN 1: | .00 | | | |

EB05 CLAIMS STATUS TRANS. SUMMARY NO. 052
EB04 0( S 240129 DATA= DATE 09/08/0

CLMT# 1 001 NAME: (STATE ELECTRIC INC) LN+COV 71 000 SRT RA

| BAT | ACCEPT DATE | TRN CDE | --AMOUNT-- | CHECK NUMBER- | TYP | P TPSC | PAYTO 1 | 2 | CK ST DATE-- | I | TRN CDS DESCRIPTION | EPI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91B | 102904 | 311 | 3.00 | | 000 | 0 | | | | | OPEN LS RESV | |
| 91B | 021805 | 411 | 1050000.00 | | 000 | 0 | | | | | MOD LOSS RESV | |
| 91B | 021805 | 413 | 95399.61 | 8677787 | 000 | 100 | | | 022805 | C | PART PAYMT | |
| 91B | 021805 | 413 | 48680.00 | 8677782 | 000 | 100 | | | 031105 | C | PART PAYMT | |
| 91B | 022405 | 413 | 100000.00 | 8682519 | 000 | 100 | | | 030105 | C | PART PAYMT | |
| 91B | 022805 | 413 | 41218.00 | 8685188 | 000 | 100 | | | 030305 | C | PART PAYMT | |
| 91B | 022805 | 413 | 120467.53 | 8685200 | 000 | 100 | | | 030305 | C | PART PAYMT | |
| 91B | 030705 | 418 | 9970.50 | 8693321 | 700 | 600 | | | 031405 | C | OTHER EXP | |
| 91B | 031005 | 413 | 73246.76 | 8698777 | 000 | 100 | | | 031605 | C | PART PAYMT | |
| 91B | 031705 | 413 | 37540.00 | 8704990 | 000 | 100 | | | 032305 | C | PART PAYMT | |
| 91B | 032505 | 417 | 2462.50 | 8714547 | 300 | 200 | | | 040105 | C | LEGAL EXP | |
| 91B | 032805 | 418 | 2022.64 | 8715879 | 700 | 600 | | | 040405 | C | OTHER EXP | |
| 91B | 040805 | 418 | 3853.44 | 8729977 | 700 | 600 | | | 052505 | C | OTHER EXP | |
| 91B | 041805 | 413 | 20000.00 | 8737575 | 000 | 100 | | | 042505 | C | PART PAYMT | |
| 91B | 041805 | 413 | 12125.00 | 8737576 | 000 | 100 | | | 042205 | C | PART PAYMT | |

MORE TRANSACTIONS, CONTINUED NEXT PAGE

3

EB01 CLAIMS STATUS TRANS. SUMMARY NO. 052
EB05 01 S 240129 DATA= DATE 09/08/0

CLMT# 1 001 NAME: (STATE ELECTRIC INC) LN+COV 71 000 SRT RA

| BAT | ACCEPT DATE | TRN CDE | --AMOUNT-- | CHECK NUMBER- | TYP | TPSC | P PAYTO 1 | 2 | CK DATE-- | ST I | TRN CDS DESCRIPTION | EPI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91B | 041805 | 413 | 29949.57 | 8737577 | 000 | 100 | | | 042605 | C | PART PAYMT | |
| 91B | 051705 | 418 | 2975.57 | 8765699 | 700 | 600 | | | 052505 | C | OTHER EXP | |
| 91B | 051905 | 413 | 12628.00 | 8768022 | 000 | 100 | | | 060305 | C | PART PAYMT | |
| 91B | 051905 | 713 | 6427.65 | 8768023 | 000 | 100 | | | 052605 | C | FIN LOSS PAYMT | |

END OF TRANSACTIONS, THIS CLAIM

EB01 CLAIMS STATUS TRANS. SUMMARY NO. 052
EB04 01 S 240129 DATA= DATE 09/29/0

CLMT# 1 001 NAME: (STATE ELECTRIC INC) LN+COV 71 000 SRT RA

| BAT | ACCEPT DATE | TRN CDE | --AMOUNT-- | CHECK NUMBER- | TYP | TPSC | P PAYTO 1 | 2 | CK ST DATE-- | I | TRN CDS DESCRIPTION | EPI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91B | 052405 | 211 | 452317.88 | | 000 | 0 | | | | | REOPN LS RESV | |
| 91B | 060305 | 413 | 15768.47 | 8779903 | 000 | 100 | | | 060905 | C | PART PAYMT | |
| 91B | 060305 | 418 | 2307.10 | 8779900 | 700 | 600 | | | 061005 | C | OTHER EXP | |
| 91B | 060705 | 418 | 1453.96 | 8783389 | 700 | 600 | | | 062105 | C | OTHER EXP | |
| 91B | 061305 | 417 | 1925.00 | 8789030 | 300 | 200 | | | 062405 | S | LEGAL EXP | |
| STP | 062305 | 417 | 1925.00- | 8789030 | 300 | 200 | | | 062405 | S | LEGAL EXP | |
| 91B | 062305 | 417 | 1697.50 | 8798407 | 300 | 200 | | | 070105 | C | LEGAL EXP | |
| 91B | 070605 | 418 | 914.02 | 8807267 | 700 | 600 | | | 083005 | C | OTHER EXP | |
| 91B | 071505 | 413 | 15562.70 | 8818474 | 000 | 100 | | | 072205 | C | PART PAYMT | |
| 91B | 080105 | 413 | 20183.00 | 8831965 | 000 | 100 | | | 082605 | C | PART PAYMT | |
| 91B | 080105 | 413 | 10256.30 | 8831966 | 000 | 100 | | | 082905 | C | PART PAYMT | |
| 91B | 081205 | 418 | 3568.47 | 8845073 | 700 | 600 | | | 083005 | C | OTHER EXP | |
| 91B | 090905 | 418 | 446.25 | 8870546 | 300 | 200 | | | 092605 | C | OTHER EXP | |
| 91B | 091605 | 417 | 1116.00 | 8876837 | 300 | 200 | | | 092305 | C | LEGAL EXP | |

END OF TRANSACTIONS, THIS CLAIM

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
| --- | --- | --- | --- | --- |
| 8845073 | 3,568.47 | C | 083005 | MERIDIAN CONSULTING GROUP |
| IRS #: 593770509 | IND: I | | | 4811 EMERSON AVE<br>SUITE 212 |
| INV #: | EXP: 0 | P/R: N | | PALATINE IL 60067 |
| 8677787 | 95,399.61 | C | 022805 | GRAYBAR ELECTRIC |
| IRS #: | IND: | | | 345 HARRISON AVE |
| INV #: | EXP: | P/R: N | | BOSTON MA 02205 |
| 8677782 | 48,680.00 | C | 031105 | FIRESYSTEMS |
| IRS #: | IND: | | | 955 REED RD |
| INV #: | EXP: | P/R: N | | NORTH DARTHMOU MA 02747 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8818474 | 15,562.70 | C | 072205 | ALTEL SYSTEMS INC |
| IRS #: | IND: | | | 601 MAIN ST |
| INV #: | EXP: | P/R: N | | BREWSTER NY 10509 |
| 8831965 | 20,183.00 | C | 082605 | E TURGEON CONSTRUCTION |
| IRS #: | IND: | | | ONE HARRY ST |
| INV #: | EXP: | P/R: N | | CRANSTON RI 02907 |
| 8831966 | 10,256.30 | C | 082905 | E TURGEON/ ROSSIE ELECTRIC COMPANY |
| IRS #: | IND: | | | C/O E TURGEON CONSTRUCTION ONE HARRY ST |
| INV #: | EXP: | P/R: N | | CRANSTON RI 02907 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8789030 | 1,925.00- | S | 062405 | CARROLL, KELLY & MURPHY |
| IRS #: 050365833 | IND: I | | | ONE TURKS HEAD PLACE<br>SUITE 400 |
| INV #: | EXP: O | P/R: N | | PROVIDENCE RI 02903 |
| 8798407 | 1,697.50 | C | 070105 | CARROLL KELLY AND MURPHY |
| IRS #: 050365833 | IND: I | | | ONE TURKS HEAD PLACE<br>SUITE 400 |
| INV #: | EXP: O | P/R: N | | PROVIDENCE RI 02903 |
| 8807267 | 914.02 | C | 083005 | MERIDIAN CONSULTING GROUP |
| IRS #: 593770509 | IND: I | | | 4811 EMERSON AVE<br>SUITE 212 |
| INV #: | EXP: O | P/R: N | | PALATINE IL 60067 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 240129,000001 CHECK STATUS NO. 052

```
ACTUAL          AMOUNT        IND    DATE       PAYEE NAME AND ADDRESS

8779903          15,768.47   C 060905  E TURGEON CONSTR/ROSSI ELECTRI
                                       C/O E TURGEON CONSTRUCTION COR
      IRS #:           IND:            ONE HARRY ST

      INV #:           EXP:     P/R: N CRANSTON       RI 02907

8779900           2,307.10   C 061005  RSM MCGLADREY,INC

      IRS #: 411944416 IND: I          21 B ST

      INV #:           EXP: O   P/R: N BURLINGTON     MA 01803 3485

8783389           1,453.96   C 062105  MERIDIAN CONSULTING GROUP

      IRS #: 593770509 IND: I          4811 EMERSON AVE
                                       SUITE 212
      INV #:           EXP: O   P/R: N PALATINE       IL 60067
```

ADDITONAL CHECKS NEW PAGE

```
EM01 01,S 240129,000001                           CHECK STATUS        NO. 052

ACTUAL          AMOUNT        IND    DATE      PAYEE NAME AND ADDRESS

8845073           3,568.47   C 083005  MERIDIAN CONSULTING GROUP

      IRS #: 593770509 IND: I          4811 EMERSON AVE
                                       SUITE 212
      INV #:           EXP: O   P/R: N PALATINE       IL 60067

8677787          95,399.61   C 022805  GRAYBAR ELECTRIC

      IRS #:           IND:            345 HARRISON AVE

      INV #:           EXP:     P/R: N BOSTON         MA 02205

8677782          48,680.00   C 031105  FIRESYSTEMS

      IRS #:           IND:            955 REED RD

      INV #:           EXP:     P/R: N NORTH DARTHMOU MA 02747

ADDITONAL CHECKS NEW PAGE
```

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS | |
|---|---|---|---|---|---|
| 8765699 | 2,975.57 | C | 052505 | MERIDIAN CONSULTING GROUP | |
| IRS #: 593770509 | IND: I | | | 4811 EMERSON AVE<br>SUITE 212 | |
| INV #: | EXP: 0 | P/R: N | | PALATINE | IL 60067 |
| 8768022 | 12,628.00 | C | 060305 | E TURGEON CO/ROSSI ELECTRIC<br>C/O E TURGEON CONSTRUCTION | |
| IRS #: | IND: | | | ONE HARRY ST | |
| INV #: | EXP: | P/R: N | | CRANSTON | RI 02907 |
| 8768023 | 6,427.65 | C | 052605 | GRAYBAR | |
| IRS #: | IND: | | | PO BOX 55147 | |
| INV #: | EXP: | P/R: N | | BOSTON | MA 02205 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8682519 | 100,000.00 | C | 030105 | E TURGEON CONSTRUCTION/<br>ROSSI ELECTRIC COMPANY |
| IRS #: | IND: | | | C/O E TURGEON CONSTRUCTION<br>ONE HARRY ST |
| INV #: | EXP: | P/R: N | | CRANSTON RI 02907 |
| 8685188 | 41,218.00 | C | 030305 | E TURGEON CONSTRUCTION |
| IRS #: | IND: | | | ONE HARRY ST |
| INV #: | EXP: | P/R: N | | CRANSTON RI 02907 |
| 8685200 | 120,467.53 | C | 030305 | ALTEL SYSTEMS INC. |
| IRS #: | IND: | | | 601 MAIN ST |
| INV #: | EXP: | P/R: N | | BREWSTER NY 10509 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8693321 | 9,970.50 | C | 031405 | RSM MCGLADREY |
| IRS #: 411944416 | IND: I | | | 21 B ST |
| INV #: | EXP: O | P/R: N | | BURLINGTON MA 01803 |
| 8698777 | 73,246.76 | C | 031605 | E TURGEON CONSTRUCTION/ROSSI C/O E TURGEON CONSTRUCTION |
| IRS #: | IND: | | | ONE HARRY ST |
| INV #: | EXP: | P/R: N | | CRANSTON RI 02907 |
| 8704990 | 37,540.00 | C | 032305 | BARBIZON LIGHTING |
| IRS #: | IND: | | | 3 DRAPER ST |
| INV #: | EXP: | P/R: N | | WOBURN MA 01801 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8714547 | 2,462.50 | C | 040105 | CARROLL, KELLY & MURPHY |
| IRS #: 050365833 | IND: I | | | ONE TURKS HEAD PLACE<br>SUITE 400 |
| INV #: | EXP: O | P/R: N | | PROVIDENCE RI 02903 |
| 8715879 | 2,022.64 | C | 040405 | MERIDIAN CONSULTING GROUP<br>DIV OF SAVANT CONSULTING |
| IRS #: 593770509 | IND: I | | | P. O. BOX 827465 |
| INV #: | EXP: O | P/R: N | | PHILADELPHIA PA 19182 7465 |
| 8729977 | 3,853.44 | C | 052505 | MERIDIAN CONSULTING GROUP |
| IRS #: 593770509 | IND: I | | | 4811 EMERSON AVE<br>SUITE 212 |
| INV #: | EXP: O | P/R: N | | PALATINE IL 60067 |

ADDITONAL CHECKS NEW PAGE

EM01 01,S 240129,000001 CHECK STATUS NO. 052

| ACTUAL | AMOUNT | IND | DATE | PAYEE NAME AND ADDRESS |
|---|---|---|---|---|
| 8737575 | 20,000.00 | C | 042505 | ALTEL SYSTEMS, INC. |
| IRS #: | IND: | | | 601 MAIN ST |
| INV #: | EXP: | P/R: N | | BREWSTER NY 10509 |
| 8737576 | 12,125.00 | C | 042205 | NORTHEAST LIGHTENING PROTECTION SYSTEM, INC. |
| IRS #: | IND: | | | 8 PETERS RD. |
| INV #: | EXP: | P/R: N | | BLOOMFIELD CT 06002 |
| 8737577 | 29,949.57 | C | 042605 | E.TURGEON CONSTRUCTION CO./ ROSSI ELECTRIC COMPANY, INC. |
| IRS #: | IND: | | | ONE HARRY ST |
| INV #: | EXP: | P/R: N | | CRANSTON RI 02907 |

END OF CHECKS