# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

National Grange Mutual Ins. Co.

VS. C.A. No. 05-78L

David Capozzoli and Beverly Capozzoli

## DEFAULT JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

DEFAULT JUDGMENT is hereby entered for plaintiff NATIONAL GRANGE MUTUAL INS. CO. against defendants DAVID CAPOZZOLI and BEVERLY CAPOZZOLI jointly-and-severally, in the amount of $896,716.95, plus post judgment interest of $16,357.92, for a total judgment of $913,074.87.

Deputy Clerk

December 8, 2005