UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |
| | : | |
| Vs. | : | C.A. No. 05-078L |
| | : | |
| STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI | : | |

AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION

I, Patricia A. Buckley, Esq., hereby depose and state the following under oath:

1. That judgment in the amount of $913,074.87 was entered by this Court in favor of National Grange Mutual Insurance Company. The amount of this judgment is the sum of the claims paid on Bond S-228887 and Bond S-240129 plus statutory interest in the amount of $16,357.92.

2. Demands for payment were made prior to litigation of this matter and the Defendants were notified of the hearing on the Plaintiff's Motion for Entry of Judgment. The demands for payment were refused and/or ignored.

3. Prior to filing the above captioned suit, numerous requests for payment were made. All such requests for payment were refused and/or ignored.

PATRICIA A. BUCKLEY

Subscribed and sworn to before me in Providence, Rhode Island on this 14th day of February, 2006.

NOTARY PUBLIC
My Commission Expires: 6/22/08