DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:

District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
David M. Capozzoli

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $896,716.95 | and $16,357.92 (interest) |

in the United States District Court for the ______________ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
All of the right, title and interest of the within named defndant, Beverly M. Capozzoli, in and to that parcel of real estate, with all buildings and improvements thereon, located in the Town of Scituate, County of Kent, State of Rhode Island, and more specifically that certain real estate known at the Tax Assessor's Office of the said Town of Scituate as 360 Burnt Hill Road, Parcel ID 48-1/311-00, Scituate, Rhode Island.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. DISTRICT COURT | RHODE ISLAND |
| CITY | DATE |
| PROVIDENCE, RHODE ISLAND | MAY 14, 2006 |

Witness the Honorable RONALD R. LAQUEUX
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 2/14/06 | DAVID A. DIMARZIO |
| | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |