U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| National Grange Mutual Ins. Co. | 05-78L |
| **DEFENDANT** | **TYPE OF PROCESS** |
| David Capozzoli and Beverly Capozzoli | Execution |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David Capozzoli

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
360 Burnt Hill Road, Scituate, Rhode Island **SEE SPECIAL INSTRUCTIONS BELOW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patricia A. Buckley, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

~~Record Execution against the property identified thereon in the Scituate Recorder of Deeds, Scituate Town Hall, 195 Danielson Pike, Scituate, Rhode Island 02857.~~

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 401-331-7272 | 2/14/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 2/14/06 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| COURTNEY M. LESCO | |

| Address *(complete only if different than shown above)* | Date of Service | Time |
|---|---|---|
| 360 BURNT HILL RD SCITUATE, R.I. | 2/18/06 | 0810 am |
| | Signature of U.S. Marshal or Deputy: C. Amoore | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | | | $ 45.00 | 150.00 | | $ 105.00 |

REMARKS:
NO ONE HOME 1040 HRS 2/16/06 C. MOORE 1 DEP. 1 HR (64 MILES)
SERVED 2/18/06 0810 (1 DEP) (1 1/2 HRS) 61 MILES. NOTIFIED BY TELEPHONE OF SITUATION. DID NOT HAVE ANY MONEY

Courtney M Lesco 2-18-06 TOTALS. 2 DUSM 2 1/2 hrs 125 miles

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

C.A. No. 05-078L

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT: Rhode Island |
|---|---|

TO THE MARSHAL OF:

District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
David M. Capozzoli

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $896,716.95 | and $16,357.92 (interest) |

in the United States District Court for the ____ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
All of the right, title and interest of the within named defndant, Beverly M. Capozzoli, in and to that parcel of real estate, with all buildings and improvements thereon, located in the Town of Scituate, County of Kent, State of Rhode Island, and more specifically that certain real estate known at the Tax Assessor's Office of the said Town of Scituate as 360 Burnt Hill Road, Parcel ID 48-1/311-00, Scituate, Rhode Island.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. DISTRICT COURT | RHODE ISLAND |
| **CITY** | **DATE** |
| PROVIDENCE, RHODE ISLAND | MAY 14, 2006 |

Witness the Honorable RONALD R. LAQUEUX
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 2/14/06 | DAVID A. DIMARZIO |
| | (BY) DEPUTY CLERK: [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 2/16/06 | 2/18/06 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C.A. Moore Jr |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |
| Vs. | : | C.A. No. 05-078L |
| STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI | : | |

AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION

I, Patricia A. Buckley, Esq., hereby depose and state the following under oath:

1. That judgment in the amount of $913,074.87 was entered by this Court in favor of National Grange Mutual Insurance Company. The amount of this judgment is the sum of the claims paid on Bond S-228887 and Bond S-240129 plus statutory interest in the amount of $16,357.92.

2. Demands for payment were made prior to litigation of this matter and the Defendants were notified of the hearing on the Plaintiff's Motion for Entry of Judgment. The demands for payment were refused and/or ignored.

3. Prior to filing the above captioned suit, numerous requests for payment were made. All such requests for payment were refused and/or ignored.

PATRICIA A. BUCKLEY

Subscribed and sworn to before me in Providence, Rhode Island on this 14th day of February, 2006.

NOTARY PUBLIC
My Commission Expires: 6/28/08

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

National Grange Mutual Ins. Co.

VS. C.A. No. 05-78L

David Capozzoli and Beverly Capozzoli

## DEFAULT JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

DEFAULT JUDGMENT is hereby entered for plaintiff NATIONAL GRANGE MUTUAL INS. CO. against defendants DAVID CAPOZZOLI and BEVERLY CAPOZZOLI jointly-and-severally, in the amount of $896,716.95, plus post judgment interest of $16,357.92, for a total judgment of $913,074.87.

Deputy Clerk

December 8, 2005

Attest to
True Copy
DAVID A. DIMARZIO

11