UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY | : | |
| vs. | : | C.A. No. 05-078L |
| STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI | : | |

**SUGGESTION OF DISCHARGE OF BANKRUPTCY ON THE RECORD AS TO DEFENDANTS STEPHEN AND SHERRI CAPOZZOLI**

Plaintiff, National Grange Mutual Insurance Company, hereby provides notice that on July 18, 2006, defendants Stephen and Sherri Capozzoli obtained an Order of Discharge of Debtor from the United States Bankruptcy Court for the District of Rhode Island. Attached hereto as Exhibit A is a copy of the Notice of Discharge of Debtor received by the plaintiff. The Discharge of Debtor has been entered without any payment being made to unsecured creditors such as the plaintiff, National Grange Mutual Insurance Company and discharges any debt owed by Stephen and Sherri Capozzoli to the plaintiff.

NATIONAL GRANGE MUTUAL
INSURANCE COMPANY
By its Attorneys,
CARROLL, ~~KELLY~~ & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fx)

Dated: 7/25/06

EXHIBIT A

Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

## District of Rhode Island

**Case No. 1:05-bk-11116**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen L. Capozzoli
43 Clarke Rd
Coventry, RI 02816-7919

Sherri A. Capozzoli
43 Clarke Rd
Coventry, RI 02816-7919

Social Security No.:
xxx-xx-4758

xxx-xx-4007

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/18/06

Arthur N. Votolato
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**