UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATIONAL GRANGE MUTUAL INSURANCE COMPANY :

vs. : C.A. No. 05-078L

STEPHEN CAPOZZOLI, SHERRI A. CAPOZZOLI, DAVID M. CAPOZZOLI and BEVERLY M. CAPOZZOLI :

**SUGGESTION OF DISCHARGE OF BANKRUPTCY ON THE RECORD AS TO DEFENDANTS STEPHEN AND SHERRI CAPOZZOLI**

Plaintiff, National Grange Mutual Insurance Company, hereby provides notice that on July 18, 2006, defendants Stephen and Sherri Capozzoli obtained an Order of Discharge of Debtor from the United States Bankruptcy Court for the District of Rhode Island. Attached hereto as Exhibit A is a copy of the Notice of Discharge of Debtor received by the plaintiff. The Discharge of Debtor has been entered without any payment being made to unsecured creditors such as the plaintiff, National Grange Mutual Insurance Company and discharges any debt owed by Stephen and Sherri Capozzoli to the plaintiff.

NATIONAL GRANGE MUTUAL INSURANCE COMPANY
By its Attorneys,
CARROLL, ~~KELLY~~ & MURPHY

Patricia A. Buckley

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fx)

Dated: 7/25/06

Enter: Ronald R. Lagueux
Sr. USDJ 8/3/06