UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

National Grange Mutual Insurance Co.

v. C.A. 05-78L

Stephen Capozzoli, Sherri A.
Cappozzoli, David M. Cappozzoli
and Beverly M. Capozzoli

ORDER

This case is hereby dismissed as to Stephen and Sherri Capozzoli based on the Discharge of Bankruptcy on the record.

As to the remaining defendants, David M. And Beverly M. Capozzoli, default judgment was entered on 12/8/05.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
Dated: 8/17/06

So Ordered:

Deputy Clerk